UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>      v.<br><br>WAYNE LEE LAFFERTY,<br><br>                   Defendant. | NO. 4:17-CR-6009-EFS<br><br>**ORDER GRANTING THE STIPULATED MOTION RE: FORENSIC REVIEW PROCEDURES FOR CHILD PORNOGRAPHY CONTRABAND** |

Before the Court is a Stipulated Motion re: Forensic Review Procedures for Child Pornography Contraband signed by Assistant United States Attorney Laurel J. Holland and counsel for Defendant Wayne Lee Lafferty, Jeremy B. Sporn, ECF No. 19, and a related Motion to Expedite, ECF No. 20. The parties have stipulated to the review procedure for the child pornography contraband. Finding good cause to grant the Stipulated Motion and the Motion to Expedite, the Court enters the following Order to ensure prompt defense access to discovery materials.

The defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to the Stipulation, ECF No. 19, and this Order. The defense team agrees that it is forbidden from removing any contraband images from the Government reviewing facility. A defense expert will be allowed to compile a report (without contraband images/videos) documenting the

ORDER - 1

examination on removable media if the case dictates. The defense expert will be provided with a CD/DVD burner and disks to copy the report onto optical media.

The Government will make the media reasonably available to the defense expert and provide ample opportunity for the defense team to examine such media subject to the procedures agreed to by the parties in the Stipulated Motion re: Forensic Review Procedures for Child Pornography Contraband.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion re: Forensic Review Procedures for Child Pornography Contraband, **ECF No. 19,** is **GRANTED.**
2. The related Motion to Expedite, **ECF No. 20,** is **GRANTED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 30th day of May 2017.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge